UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL PHELPS,

                Petitioner,

      -v.-

SUPERINTENDENT, Gouverneur Correctional Facility,

                Respondent.

20 Civ. 10352 (KPF)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner Darryl Phelps's letter dated January 7, 2021. (Dkt. #5). By Order dated December 29, 2020, Petitioner was advised that to proceed with his petition for a writ of *habeas corpus* in this Court, he must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), submit a signed IFP application. The Court also indicated that if Petitioner fails to either pay the filing fee or submit a signed IFP application within the time allowed, the action will be dismissed.

The Court reiterates those requirements here and extends Petitioner's response deadline to **February 4, 2021**. An IFP application is attached to this Order for Petitioner's use, if he so desires. If Petitioner submits the IFP application, it should be labeled with docket number 20 Civ. 10352 (KPF). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).[1]

---

[1] If Petitioner does not want to pursue relief under § 2254, he may notify the Court in writing within 30 days that he wishes to withdraw the application. *See Castro* v. *United States*, 540 U.S. 375, 383 (2003); *Adams* v. *United States*, 155 F.3d 582, 584 (2d Cir. 1998) (per curiam); *Cook* v. *New York State Div. of Parole*, 321 F.3d 274, 282 (2d

The Clerk of Court is directed to mail a copy of this Order to Petitioner and note service on the docket.  No answer shall be required at this time.

SO ORDERED.

Dated: January 14, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

---

Cir. 2003).  If Petitioner does not inform the Court within 30 days of his intent to withdraw the application rather than have it recharacterized, the application shall remain designated as a petition under § 2254.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____

_____

(full name(s) of the defendant(s)/respondent(s))

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

# APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends             ☐ Yes   ☐ No

(c) Pension, annuity, or life insurance payments     ☐ Yes     ☐ No

(d) Disability or worker's compensation payments     ☐ Yes     ☐ No

(e) Gifts or inheritances     ☐ Yes     ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)     ☐ Yes     ☐ No

(g) Any other sources     ☐ Yes     ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| Dated | Signature |
|---|---|

| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address (if available) |
|---|---|