UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL PHELPS,

                Petitioner,

     -v.-

SUPERINTENDENT, Gouverneur Correctional Facility,

                Respondent.

20 Civ. 10352 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Petitioner Darryl Phelps filed a petition for writ of habeas corpus on December 8, 2020 (Dkt. #1), and has since supplemented his petition on several occasions (Dkt. #3, 5, 7, 10, 16). Petitioner has now filed a supplemental motion purporting to request the Court's intervention on his behalf with the New York State Parole Board. (Dkt. #17). The Court has reviewed the substance of Petitioner's motion and concludes that it merely reiterates allegations and arguments made in prior submissions, the prefatory material notwithstanding; the Court is unable to discern any distinct form of relief sought in this motion as compared to his habeas petition. Accordingly, the Court DENIES Petitioner's motion, without need for a response from Respondent. Petitioner's habeas petition remains pending before the Court.

    The Clerk of Court is directed to terminate the motion at docket entry 17. The Clerk of Court is further directed to mail a copy of this Order to Petitioner at his address of record.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge