UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL PHELPS,

                Petitioner,

      -v.-

SUPERINTENDENT, *Gouverneur Correctional Facility*,

                Respondent.

20 Civ. 10352 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Mr. Phelps's April 10, 2024 letter (Dkt. #45). Based upon the Court's review of the submission, the Court understands it as a request related to Mr. Phelps's 2022 indictment, Ind. No. 70006/22, and his subsequent 2023 conviction, stemming from conduct committed in 2021.

    The case before this Court concerns Mr. Phelps's 1997 indictment, Ind. No. 10513/97, and his subsequent 1998 conviction. Accordingly, there is no basis for this Court to review any challenge to Mr. Phelps's 2023 conviction.

    The Clerk of Court is directed to send a copy of this Order to Mr. Phelps at the following address:

>  Darryl Phelps (23-B-1088)
>  Elmira Corr. Fac.
>  P.O. Box 500
>  Elmira, NY 14902-0500

    SO ORDERED.

Dated:  April 15, 2024
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge